UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -                                      20-MJ-1025 (PK)

ZHU FENG, et al.,

       Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Scott Andrew Claffee, Trial Attorney in the National Security Division, from this point forward will be added as counsel in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

    Scott Andrew Claffee
    Trial Attorney, National Security Division
    c/o United States Attorney's Office
    271-A Cadman Plaza East
    Brooklyn, New York 11201
    Tel:  (718) 254-6016
    Fax:  (718) 254-6320
    Email: Scott.Claffee@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Trial Attorney Scott Andrew Claffee at the email address set forth above.

Dated:    Brooklyn, New York
            November 2, 2020

Respectfully submitted,

SETH D. DUCHARME
Acting United States Attorney

By:    /s/ Scott Andrew Claffee
       Scott Andrew Claffee
       Trial Attorney
       Counterintelligence & Export Control Section
       National Security Division
       U.S. Department of Justice

cc:    Clerk of the Court (PK)